UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 25-11359-MWF(ASx)**                          Date:  April 07, 2026

Title        ***Kirk M. Hallam v. Albert C. Gannaway, et al.***

Present:  The Honorable:      MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) FURTHER ORDER TO SHOW CAUSE**

On March 9, 2026, the Court filed an Order to Show Cause (the "OSC") regarding dismissal for lack of prosecution.  (Docket No. 10).  A response to the OSC was due no later than April 3, 2026.

On April 3, 2026, Petitioner Kirk M. Hallam, who is proceeding pro se but who is an attorney licensed to practice in California and before the bar of this Court, filed a Response to OSC (the "Response").  (Docket No. 12).

The Court has reviewed Petitioner's Response, which includes his Declaration and a Proof of Service.  The Court finds that the Proof of Service may not satisfy the requirements of the Federal Rules of Civil Procedure and/or the Federal Arbitration Act.  Petitioner is therefore **ORDERED** to show cause why the Proof of Service (Docket No. 12-2) reflects that the Petition has been properly served.

Petitioner's response to this Further Order to Show Cause (the "Further OSC") shall be filed no later than **APRIL 14, 2026**.  If the Proof of Service filed on April 3, 2026, does not satisfy the requirements for service of the Petition, Petitioner must file a written response and a proper proof of service by April 14, 2026.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 25-11359-MWF(ASx)**                     Date:  April 07, 2026

Title       ***Kirk M. Hallam v. Albert C. Gannaway, et al.***

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Further OSC.  Failure to respond to the Further OSC by **APRIL 14, 2026,** will result in the dismissal of this action.

IT IS SO ORDERED.